UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO. 8:12-cr-259-T-17MAP

KOFFI M. GBIKPI

### FORFEITURE MONEY JUDGMENT

Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule

32.2(b)(2), Federal Rules of Criminal Procedure, the United States moves for a

forfeiture money judgment in the amount of $85,396.49 against defendant Koffi

M. Gbikpi, representing the amount of proceeds he obtained as a result of the

wire fraud scheme in violation of 18 U.S.C. § 1343, as charged in count eighteen

of the Superseding Indictment.

Being fully advised of the relevant facts, the Court finds that the defendant

obtained $85,396.49 in proceeds as a result of the violations of 18 U.S.C. § 1343

as charged in count eighteen, to which he pleaded guilty.

Accordingly, it is **ORDERED** that for good cause shown, the motion of the

United States is GRANTED.

It is FURTHER **ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C),

28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal

Procedure, the defendant is liable for a forfeiture money judgment in the amount

of $85,396.49.

CASE No. 8:12-CR-259-T-17mAP

In accordance with Rule 32.2(b)(4) and the defendant's plea agreement (Doc. 154, p. 6), this order of forfeiture is final as to the defendant.

The Court retains jurisdiction to effect the forfeiture and disposition of any property belonging to the defendant that the government is entitled to seek under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), as a substitute asset in satisfaction of the defendant's money judgment.

**DONE** and **ORDERED** in Tampa, Florida, on July ___31st___, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE
ELIZABETH A. KOVACH...
UNITED STATES DISTRICT JUDGE

Copies to:

All Parties/Counsel of Record

2